

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,620-01

### EX PARTE ZACHARY TYLER SWINFORD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. DC-F201900389-A IN THE 413TH DISTRICT COURT FROM JOHNSON COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of one count of burglary of a habitation and one count of attempted burglary of a habitation, and sentenced to twenty years for the burglary count and ten years, probated for the attempted burglary count, to run concurrently. The Tenth Court of Appeals affirmed his conviction. *Swinford v. State*, No. 10-19-00348-CR (Tex. App — Waco October 21, 2020) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In this application, Applicant alleges that the evidence was insufficient to support his convictions, that the trial court erred in instructing the jury, and that trial counsel was ineffective.

This Court has reviewed Applicant's claims and finds them to be without merit.  However, because it does not appear that Applicant's community supervision in Count Two was ever revoked, Article 11.07 habeas review is not available for Count Two.  Therefore, Applicant's claims are denied as to Count One, and dismissed as to Count Two.

Filed:   March 30, 2022
Do not publish